HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

AMANDA M. ADAMSON,

    Plaintiff,

vs.

ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,

    Defendant.

NO. 3:23-cv-05186-TMC

STIPULATED MOTION FOR DISMISSAL

NOTE ON MOTION CALENDAR: December 22, 2023

    Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice and without fees or costs awarded to either party.

    DATED this 22nd day of December, 2023.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com

STIPULATED MOTION FOR DISMISSAL – 1
NO.: 3:23-cv-05186-TMC

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

By <u>s/Shane M. O'Rourke (with email permission)</u>
Shane M. O'Rourke, WSBA No. 39927
Buzzard O'Rourke, P.S.
Attorneys for Plaintiff
P.O. Box 59
Centralia, WA  98531
(360) 735-1108
shane@buzzardlaw.com

IT IS SO ORDERED.

DONE this 26th day of December, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

STIPULATED MOTION FOR DISMISSAL – 2
NO.: 3:23-cv-05186-TMC

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152